UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS DELANEY WILLIAMS,

    Plaintiff,

v.                                               Case No. 16-C-1319

KURT MIKUTIS, et al.

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION

Plaintiff Travis Delaney Williams filed a motion asking the court to order defendants to include plaintiff's response deadline in every motion they file. He also asks the court to include plaintiff's response deadlines in its orders and to clarify in an order that plaintiff's institution must provide him with copies of his medial records so that he can attach them to his motion for summary judgment. The court will deny plaintiff's motion.

Response deadlines are set forth in the court's local rules; there is no need for parties to include those deadlines in their motions or for the court to include those deadlines in its orders. A party must file its response to all motions other than those for summary judgment within twenty-one days of service of the motion. Civil L.R. 7. A party opposing a motion for summary judgment must file its response materials within thirty days of service of the motion. Civil L.R. 56(b)(2).

Further, the court will not order plaintiff's institution to provide him with copies of his medical records. If he wants to obtain copies, he must follow the procedures at his institution for

doing so. If he is unable to follow the procedures or he is being denied copies despite following the procedures, he may file a motion explaining to the court what obstacles he is unable to overcome.

**NOW, THEREFORE, IT IS ORDERED** that plaintiff's motion to obtain medical records and enter response deadlines (ECF No. 44) is **DENIED**.

Signed in Green Bay, Wisconsin, this 5th day of July, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court